# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| TIMOTHY E. ROBERTSON | CIVIL ACTION NO. 07-cv-0529 |
| VERSUS | JUDGE HICKS |
| CLAIBORNE PARISH DETENTION CENTER, ET AL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all of Plaintiff's remaining claims be and are **DISMISSED WITH PREJUDICE** for failure to prosecute.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 11th day of February, 2010.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE